UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIK GARCIA, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-3566 |
| FOOD CONSULTING GROUP, LLC, *et al*, | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached (*see* Doc. No. 8). The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within forty-five if the settlement is not consummated. Parties should submit their agreed upon judgment in the next forty-five days.

SIGNED at Houston, Texas, this 23rd day of October 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE