IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:19-CV-3566 |
| FOOD CONSULTING GROUP, LLC and ) | |
| 988 LLC, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS WITH PREJUDICE**

Plaintiff, ERIK GARCIA ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides this Notice to the Court and to all relevant parties of Plaintiff's voluntary dismissal of Defendants, FOOD CONSULTING GROUP, LLC and 988 LLC, with Prejudice.

Respectfully submitted this 21st day of November, 2019

                                                    Law Offices of
                                                  THE SCHAPIRO LAW GROUP, P.L.

                                                  /s/ Douglas S. Schapiro
                                                  Douglas S. Schapiro, Esq.
                                                  Southern District of Texas ID No. 3182479
                                                  The Schapiro Law Group, P.L.
                                                  7301-A W. Palmetto Park Rd., #100A
                                                  Boca Raton, FL 33433
                                                  Tel: (561) 807-7388
                                                  Email: schapiro@schapirolawgroup.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system on November 21, 2019 upon all counsel or parties.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Northern District of Texas ID No. 54538FL
*Attorney-in-Charge of Plaintiff*