UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIK GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-3566 |
| | § | |
| FOOD CONSULTING GROUP, LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal of Defendants with Prejudice filed on November 21, 2019 (Doc. No. 10), this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED at Houston, Texas, this 25th day of November 2019.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE